[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10862

Non-Argument Calendar

_____

KP INVESTMENTS MIAMI, LLC,

Plaintiff-Appellee,

*versus*

MARIO MIRABAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-20747-JEM

_____

Before ROSENBAUM, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Mario Mirabal, proceeding *pro se*, appeals the district court's order remanding his ejection action to state court for lack of subject matter jurisdiction. That order, however, is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Further, in his notice of removal, Mirabal did not invoke 28 U.S.C. §§ 1442 or 1443, by citation or otherwise. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal); *Alabama v. Conley*, 245 F.3d 1292, 1295, 1297 (11th Cir. 2001) (holding that, to remove a case under § 1443(1), a party must rely on specific civil rights stated in terms of racial equality and allege more than the inability to obtain a fair trial).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.